1  STEVEN G. KALAR
   Federal Public Defender
2  SHILPI AGARWAL
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone:    415.436.7700
   Facsimile:    415.436.7706
5  Email:        Shilpi_Agarwal@fd.org

6  Counsel for Defendant Carlos Sousa-Sandoval

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          No. CR 09-00578 RMW

13              Plaintiff,             **STIPULATION AND []**
                                       **ORDER REGARDING SENTENCE**
14     v.                             **REDUCTION UNDER U.S.S.G. § 1B1.1(b)**
                                       **AND AMENDMENT 782**
15  CARLOS SOUSA-SANDOVAL,

16              Defendant.

17

18

19          **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

20  through their respective counsel, that:

21  1.    Defendant is making an unopposed motion for modification of his sentence pursuant to

22        18 U.S.C. § 3582(c)(2).

23  2.    Defendant's original guideline calculation was as follows:

24        Total Offense Level: 29

25        Criminal History Category:  I

26

27        Guideline Range: 87 to 108 months

28

*3582 STIP,* CR 9-578
DEF. SOUSA-SANDOVAL                          1

Mandatory Minimum: 60 months

3.  Defendant was sentenced to 97 months imprisonment on January 4, 2010.

4.  According to the Bureau of Prisons, Defendant's current projected release date is July 20, 2016.

5.  Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.  Defendant's revised guideline calculation is as follows:

    Total Offense Level: 27

    Criminal History Category: I

    Guideline Range: 70 to 87 months

    Mandatory Minimum: 60 months

7.  The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.  Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to "78 months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015."

9.  The parties further stipulate that the Court may include in its amended judgment a recommendation to the Bureau of Prisons that the Defendant be transferred to a halfway house at the appropriate time before his release on November 1, 2015.

10. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11. The parties further stipulate that the Court's Order will take effect on November 1, 2015.

*3582 STIP,* CR 9-578
DEF. SOUSA-SANDOVAL                                    2

12.  Defendant stipulates that he waives and does not request a hearing pursuant to Fed. R.

Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

13.  Defendant waives his right to appeal the district court's sentence.

14.  Accordingly, the parties agree that an amended judgment in accordance with this

stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG §

1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to

the Court.

IT IS SO STIPULATED.

December 4, 2014                                    /s/
_____                    _____
DATED                                          MELINDA L. HAAG
                                               United States Attorney
                                               J. DOUGLAS WILSON
                                               Assistant United States Attorney

December 4, 2014                                    /s/
_____                    _____
DATED                                          STEVEN G. KALAR
                                               Federal Public Defender
                                               SHILPI AGARWAL
                                               Assistant Federal Public Defender

IT IS SO ORDERED.

ᴴᴱᴄ�î ᴱᴲ͡í
_____                    _____
DATED                                          United States District Judge

*3582 STIP,* CR 9-578
DEF. SOUSA-SANDOVAL                           3